IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:24CR3028 |
| vs. | |
| JIMMY P. NGUYEN, | ORDER |
| Defendant. | |

This matter comes before the Court on Defendant's motion for copies. Filing No. 43. Defendant seeks a transcript at no cost. Defendant previously requested a transcript, Filing No. 41, and the court reporter responded to him indicating what the cost of said transcript would be. Without a pending motion under 28 U.S.C. § 2255 and a finding of in forma pauperis status, transcripts can only be provided at the regular court reporting transcription rates. Accordingly,

IT IS ORDERED:

1. Defendant's request for transcript at no cost, Filing No. 43, is denied.

Dated this 28th day of February, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge